United States District Court
Southern District of Texas
FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE GARCIA-MUNIZ, § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-04-070 |
| § | |
| TOM RIDGE, Secretary, Department of § | |
|     Homeland Security, and the § | |
|     United States of America, § | |
|     Respondents. § | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Stephen Thomas Schammel.

          Respectfully submitted,

          MICHAEL T. SHELBY
          UNITED STATES ATTORNEY

          RENE BENAVIDES
          Assistant United States Attorney
          1701 W. Highway 83 #600
          McAllen, TX 78550
          (956) 618-8010/FAX (956) 618-8016
          State Bar No. 24025248
          Federal I.D. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on this the 4 day of January 2005.

RENE BENAVIDES
Assistant United States Attorney

cc:   Ms. Lisa Putnam
      BICE - Law Department
      PO Box 1711
      Harlingen, TX 78551