# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
### 600 E. HARRISON ST., #101
### Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**August 18, 2005**

Mr. Charles R. Fulbruge, III, Clerk          Re:  **Guadalupe Garcia-Muniz**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                          VS.
New Orleans, Louisiana 70130

**Tom Ridge, Director, et al.**

**CA B-04-070**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

[**X**] Certified copy of the Order transferring the case and docket entries.

[**X**] Record   consisting of__**1**__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[**X**] U.S. Magistrate Judge entering the order transferring this case is:_____
_____**Felix Recio**_____

[ ] Court reporter assigned to this case is_____

[**X**] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Maricela Perez_____
Maricela Perez, Deputy Clerk

cc:      File